IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HANDA NEUROSCIENCE, LLC, HANDA PHARMACEUTICALS, INC., HANDA PHARMA, INC. and HANDA PHARMACEUTICALS, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:21-CV-00645-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Having considered Defendants Handa Neuroscience, LLC, Handa Pharmaceuticals, Inc., Handa Pharma, Inc., and Handa Pharmaceuticals, LLC's Motion to Dismiss and/or Transfer and any related briefing, the Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that all claims against Handa Neuroscience, LLC, Handa Pharmaceuticals, Inc., Handa Pharma, Inc., and Handa Pharmaceuticals, LLC are DISMISSED with prejudice.

Dated: _____    _____
                            UNITED STATES DISTRICT COURT JUDGE