IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | : : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 21-645-LPS |
| HANDA NEUROSCIENCE, LLC, HANDA PHARMACEUTICALS, INC., HANDA PHARMA, INC., and HANDA PHARMACEUTICALS, LLC, | : : : : : | |
| Defendants. | : | |

### ORDER

At Wilmington this **1st** day of **March, 2022**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss and/or transfer (D.I. 9) is (i) **DENIED WITH PREJUDICE** as it pertains to the claims against Handa Pharmaceuticals, Inc., Handa Pharma, Inc., and Handa Pharmaceuticals, LLC, and Defendants' request to transfer this case; and (ii) as it pertains to whether Delaware is an appropriate venue for Novartis' claims against Handa Neuroscience, LLC, **DENIED WITHOUT PREJUDICE** to renew upon completion of discovery relating to venue.

2. The parties shall meet and confer and, no later than **March 8, 2022**, submit a proposed schedule, pursuant to which this case will proceed to discovery and toward trial simultaneously with any venue-related discovery and litigation.

3. Plaintiff's motion to file a sur-reply brief (D.I. 29) is **GRANTED** for the reasons stated by the Court during the teleconference on January 24, 2022 (*see* Tr. at 15-16).

_____
UNITED STATES DISTRICT JUDGE